**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**NICHOLAS RAY MAINVILLE,**

        Petitioner,

    v.                        CASE NO. 07-3025-SAC

**STATE OF KANSAS,**

        Respondent.

**O R D E R**

    This petition for writ of habeas corpus was filed pro se by an inmate of the Norton Correctional Facility, Norton, Kansas. Having examined the pages filed, the court finds as follows.

    Petitioner has not paid the court fee of $5.00 required for filing a federal habeas corpus action. He will be given time to either submit the filing fee or submit a Motion for Leave to Proceed Without Prepayment of Fees upon forms provided by the Clerk.

    Petitioner has not filed his claims upon forms required and provided by the court for filing a habeas corpus petition under 28 U.S.C. 2254. Nor does he provide all the requisite information in his pro se petition, such as the facts upon which he bases each of his claims and the actions he has taken to exhaust his state court remedies including dates and claims raised. Petitioner is given time to complete and submit his claims on the court-provided forms.

    If petitioner fails to comply with this court's order to satisfy the filing fee and submit his claims on forms within the time provided, this action may be dismissed without further notice.

    **IT IS THEREFORE ORDERED** that petitioner is granted thirty (30) days in which to satisfy the filing fee in this action of $5.00 by

either paying the fee or submitting a Motion for Leave to Proceed In Forma Pauperis; and to complete and submit his claims in an "Amended Petition" upon forms provided by the court.

The Clerk is directed to transmit forms to petitioner for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254, and for filing a motion for leave to proceed without prepayment of fees.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2007, at Topeka, Kansas.

s/Sam A. Crow
U. S. Senior District Judge

2